UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Criminal No.: 2:09-cr-00326-DRD |
| v. : | |
| MIGUEL ANGEL GUZMAN, : | **ORDER** |
| Defendant. : | |

This matter coming before this Court by Howard B. Brownstein, Esq., attorney for defendant, Miguel Angel Guzman, and Alex Kriegsman, AUSA, and the Court having considered the circumstances and it appearing that good cause is shown for entry of this Order

**IT IS** on this 27th day of March, 2012

**ORDERED** that a video conference feed be set up for a plea hearing and sentencing at the Ogdensburg Correctional Facility at One Correctional Way, Ogdensburg, New York 13669 at a date and time agreed upon by all parties.

_____
Dickinson R. Debevoise, U.S.D.J.