UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson Debevoise |
| v. | : | Crim. No. 09-326 (DRD) |
| MIGUEL GUZMAN | : | **ORDER** |

The Court having presided over the defendant's guilty plea to Count 1 of the Petition for Violation of Supervised Release dated February 8, 2011, charging him with failing to comply with the mandatory supervision condition which states "You shall not commit another federal, state, or local crime," as required by the judgment entered on May 20, 2003 by the Honorable Walter Herbert Rice, United States District Court Judge, Southern District of Ohio, and the Court having conducted a concurrent sentencing hearing, and the Defendant having been previously sentenced on December 16, 2011 to a term of imprisonment by the Supreme Court of the State of New York, New York County, for an offense related to the sale and possession of a controlled substance, and the Defendant currently being incarcerated at the Ogdensburg Correctional Facility in Ogdensburg, New York for that offense, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of Violation Number 1 of the Petition for Violation of Supervised Release dated February 8, 2011;

2. Defendant's supervised release is hereby REVOKED; and

3. Defendant shall serve a term of imprisonment of twenty-four months, to commence at the time Defendant is released from incarceration at the Ogdensburg Correctional Facility.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

Dated: September 13, 2012